UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT NORTHERN INSURANCE COMPANY :
a/s/o PETER KALIKOW, : Civil Action No.
: 07 Civ.
Plaintiff, :
:
- against - :
: **RULE 7.1 STATEMENT**
: **OF DEFENDANT SINGAPORE**
SINGAPORE AIRLINES CARGO PTE LTD & : **AIRLINES CARGO PTE LTD**
MARTIN E. BUTTON, INC., :
:
Defendants. :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant SINGAPORE AIRLINES CARGO PTE LTD (hereinafter referred to as "SINGAPORE"), certify that there is no parent corporation of SINGAPORE and no publicly held corporation holds 10% or more stock of SINGAPORE.

Dated: New York, New York
       November 8, 2007

                                         CONDON & FORSYTH LLP

                                         By _____
                                         Stephen J. Fearon (SF 8740)
                                         A Partner of the Firm
                                         7 Times Square
                                         New York, New York 10036
                                         (212) 490-9100

                                         Attorneys for Defendant
                                         SINGAPORE AIRLINES CARGO PTE LTD