12/18/2007  15:16    6313672716
DEC-18-2007 15:17 FROM:                7572224013         TO:6313672716         P.1/2

12/18/2007  14:20    6313672716                                                 PAGE  02

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GREAT NORTHERN INSURANCE
COMPANY a/s/o PETER KALIKOW,                      Index No.: 112002/07

                                    Plaintiff,

        - against -                                   CONSENT TO
                                                   CHANGE ATTORNEY

SINGAPORE AIRLINES CARGO
PTE LTD & MARTIN E. BUTTON, INC.,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


        IT IS HEREBY CONSENTED THAT GERARD D. DE SANTIS, of One Old

Country Road, Carle Place, New York 11514, be substituted as attorney of record for the

undersigned party(ies) in the above-entitled action in place and stead of the undersigned

attorney(s) as of the date hereof.


        A signed facsimile of this consent shall have the same force and effect as a

signed original.


Dated:        Carle Place, New York
              December 17, 2007

                                          GREAT NORTHERN
                                          INSURANCE COMPANY

                                          by: _____  Recovery
                                                                 Supervisor
                                                         Position: _____

                                          _____
                                          ALLEN D. WERTER, ESQ.