UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

Great Northern Ins. Co., a/s/o
Peter Kalikow,

                        Plaintiff,

        V.

Singapore Airlines Cargo PTE LTD. and
Martin E. Button, Inc.,

              Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

O7 Civ. 9918 (DAB)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
           March 13, 2008

                             Deborah A. Batts
                             United States District Judge