```
                                          ┌─────────────────────────┐
                                          │ USDC SDNY               │
                                          │ DOCUMENT                │
                                          │ ELECTRONICALLY FILED    │
UNITED STATES DISTRICT COURT              │ DOC #: _____   │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: 3/13/2008   │
                                          └─────────────────────────┘
```

Great Northern Ins. Co., a/s/o Peter Kalikow,

           Plaintiff(s)

   - against -

Singapore Airlines Cargo PTE LTD and
Martin E. Button, Inc.
           Defendant(s)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 9918 (DAB) (MHD)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s)
Address 1 Old Country Rd, #206
Carle Place NY 11574
Telephone (516) 739-1000

Attorney(s) for Defendant(s)
Address 1 Times Square
NYC 10036
Telephone

Attorney(s) for _____
Address
Telephone

Attorney(s) for Singapore
Address
Telephone 212-490-9100

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

Deborah A. Batts
U.S.D.J. 3/13/2008

Magistrate Judge Michael H. Dolinger was assigned this case on March 13, 2008

For: Clerk U.S.D.C. S.D.N.Y.