UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GREAT NORTHERN INSURANCE CO.,
    as subrogor of Peter Kalikow,

               Plaintiff,

                                          **ORDER**

    -against-

                                          07 Civ. 9918 (MHD)

SINGAPORE AIRLINES CARGO PTE.,
LTD., et al.,

              Defendants.

------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    It is hereby **ORDERED** that an initial conference has been scheduled in the above-captioned action on **MONDAY, MARCH 31, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       March 24, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Gerard D. De Santis, Esq.
Marc G. De Santis, Esq.
One Old Country Road
Carle Place, NY 11514
Fax: (516) 739-1006

Steven J. Fearon, Esq.
Bartholomew J. Banino, Esq.
Condon and Forsyth, LLP (7 Times Sq.)
7 Times Square
New York, NY 10036
Fax: (212) 370-4453