```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GREAT NORTHERN INSURANCE CO.,       :
     as subrogor of Peter Kalikow,
                                    :
               Plaintiff,
                                    :         ORDER
          -against-
                                    :    07 Civ. 9918 (MHD)

SINGAPORE AIRLINES CARGO PTE.,      :
LTD., et al.,
                                    :
               Defendants.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **MONDAY, JUNE 2, 2008.**

2. Plaintiff is to designate its expert witnesses and provide the information required under Fed. R. Civ. P. 26(a)(2)(B) by **MONDAY, JUNE 16, 2008.** Defendant is to provide the equivalent information by **MONDAY, JUNE 23, 2008.**

3. All remaining expert witness discovery is to be completed by **MONDAY, JUNE 30, 2008**.

4. The parties are to submit a joint pre-trial order by **FRIDAY, JULY 18, 2008**, unless a potentially dispositive motion has been served by that date.

DATED:   New York, New York
         March 31, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Gerard D. De Santis, Esq.
Marc G. De Santis, Esq.
One Old Country Road
Carle Place, NY 11514

2

Fax: (516) 739-1006

Steven J. Fearon, Esq.
Bartholomew J. Banino, Esq.
Condon and Forsyth, LLP (7 Times Sq.)
7 Times Square
New York, NY 10036
Fax: (212) 370-4453