```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GREAT NORTHERN INSURANCE CO.,        :
     as subrogor of Peter Kalikow,
                                     :
                    Plaintiff,
                                     :         ORDER
          -against-
                                     :    07 Civ. 9918 (MHD)

SINGAPORE AIRLINES CARGO PTE.,
LTD., et al.,                        :

                    Defendants.
                                     :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A conference having been held with counsel for the respective parties,

It is hereby **ORDERED** as follows:

1. The parties are to submit a joint pre-trial order by **FRIDAY, JULY 18, 2008.**

2. The trial is to commence on **THURSDAY, JULY 31, 2008** at **10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

DATED:   New York, New York
         June 20, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:


Gerard D. De Santis, Esq.
Marc G. De Santis, Esq.
One Old Country Road
Carle Place, NY 11514
Fax: (516) 739-1006


Steven J. Fearon, Esq.
Bartholomew J. Banino, Esq.
Condon and Forsyth, LLP (7 Times Sq.)
7 Times Square
New York, NY 10036
Fax: (212) 370-4453