```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

GREAT NORTHERN INSURANCE CO.,         :
     as subrogor of Peter Kalikow,
                                      :
               Plaintiff,
                                      :        ORDER
     -against-
                                      :        07 Civ. 9918 (MHD)
SINGAPORE AIRLINES CARGO PTE.,
LTD., et al.,                         :

               Defendants.            :
-----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

Based on communications with Judge Gorenstein that the settlement conference was successful and confirmation of the same with plaintiff's counsel today, it is hereby

ORDERED that the complaint is dismissed. Plaintiff may reinstate the case within thirty days in the event that the settlement is not effectuated. Failing such a step, the dismissal will be deemed to be with prejudice.

Dated: New York, New York
       July 28, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

Gerard D. De Santis, Esq.
Marc G. De Santis, Esq.
One Old Country Road
Carle Place, NY 11514


Steven J. Fearon, Esq.
Bartholomew J. Banino, Esq.
Condon and Forsyth, LLP (7 Times Sq.)
7 Times Square
New York, NY 10036